4 A.3d 529

IN THE MATTER OF WAYNE POWELL, AN ATTORNEY AT LAW (ATTORNEY NO. 030841984).

September 10, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 09–401, concluding that **WAYNE POWELL** of **CHERRY HILL,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.5(c) (failure to provide the client with a written contingent fee agreement), *RPC* 1.7(conflict of interest), and *RPC* 1.16(d)(failure to take steps to protect client's interests on termination of representation), and good cause appearing;

It is ORDERED that **WAYNE POWELL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.